UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GARY L. CHATMAN, )
 )
        Plaintiff, )
 )
  v. ) No. 4:05 CV 2325 DDN
 )
MICHAEL J. ASTRUE,[1] )
Commissioner of Social Security, )
 )
        Defendant. )

**ORDER**

In accordance with the Memorandum filed herewith,

**IT IS HEREBY ORDERED** that the decision of the defendant Commissioner of Social Security is reversed under Sentence Four of 42 U.S.C. § 405(g) and the case is remanded for further proceedings. Upon remand, the ALJ shall develop the record to acquire medical evidence to determine plaintiff's limitations and to make all other required determinations in the proper assessment of whether or not plaintiff is disabled.

                    /S/ David D. Noce
                **DAVID D. NOCE**
                **UNITED STATES MAGISTRATE JUDGE**

Signed on March 16, 2007.

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, he is substituted as defendant in this action. 42 U.S.C. § 405(g).